IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 SEP 27  AM 9: 50

CLERK'S OFFICE
AT BALT.

BY_____ DEPUTY

GLR 12 CV 2892

| | |
|---|---|
| JESSICA COLLIER, | : |
| Plaintiff | : |
| | : |
| v. | : Civ. Action No.: |
| | : |
| MIDLAND CREDIT MANAGEMENT, | : |
| INC. AND MIDLAND FUNDING, LLC, | : |
| Defendants | : |

## NOTICE OF REMOVAL

To:   Clerk - United States District Court for the
      District of Maryland, Northern Division

**PLEASE TAKE NOTICE THAT**, on this date, Defendants Midland Credit Management, Inc. and Midland Funding, LLC, pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, hereby remove the above captioned matter to this Court from the District Court of Maryland for Washington County. In support thereof, Defendants aver as follows:

1. On or about August 28, 2012, Plaintiff filed a Complaint in the District Court of Maryland for Washington County, at case number 110200034932012. (A true and correct copy of Plaintiff's Complaint is attached hereto and marked as Exhibit "A").

2. Defendants were served with Plaintiff's Complaint on September 13, 2012.

3. Plaintiff's Complaint makes claims pertaining to the collection and reporting of consumer debt under 15 U.S.C. §1692, *et. seq.* and 15 U.S.C. §1681, *et. seq.* See Exhibit "A".

4. Based on the foregoing, Defendants now file this Notice of Removal, which is being filed within thirty days of service of the Complaint and within thirty days of the date that the Action was first removable. See 28 U.S.C. § 1446(b).

5. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331.

6. This civil action is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff alleges, *inter alia,* that Defendants violated the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq.* and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et. seq.*, thereby asserting claims that arise under federal law.

7. Because the causes of action alleged by Plaintiff arise from the performance of obligations of the parties within Washington County, Maryland, the United States District Court for the District of Maryland, Northern Division, should be assigned the Action.

9. Defendants, upon filing this Notice of Removal in the office of the Clerk of the United States District Court for the District of Maryland, Northern Division, has also caused to be filed copies of this Notice with the Clerk of Court for the District Court of Maryland for Washington County to effect removal of this action pursuant to §1446(d).

**WHEREFORE,** Defendants Midland Credit Management, Inc. and Midland Funding, LLC hereby notify this Honorable Court that this action is removed from the District Court of Maryland for Washington County to the United States District Court for the District of Maryland, Northern Division, pursuant to the provisions of 28 U.S.C. §§1331 and 1446.

                                        Respectfully submitted,

                                        **MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN, P.C.**

By: _____
                                        LAUREN M. BURNETTE, ESQUIRE
                                        Attorney No. 29597
                                        4200 Crums Mill Road, Suite B

                                                Harrisburg, PA 17112
                                                (717) 651-3703
                                                lmburnette@mdwcg.com
                                                Attorneys for Defendants

Dated: September 26, 2012