**DISTRICT COURT OF MARYLAND FOR** WASHINGTON COUNTY

LOCATED AT (COURT ADDRESS)
36 WEST ANTIETAM STREET
HAGERSTOWN, MD 21742

CASE NO. CV 3493-12

COMPLAINT ☐ $5,000 or under ☐ over $5,000 ☐ over $10,000
Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:
VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

VIOLATION OF MD 14-202 MD DEBT COLLECTION ACT

VIOLATION OF MARYLAND 13-301 UNFAIR AND DECEPTIVE TRADES AND PRACTICES ACT.

**PARTIES**

Plaintiff
JESSICA COLLIER
12039 ITNYRE ROAD
SMITHSBURG, MD 21783

VS.

Defendant(s):
1. MIDLAND CREDIT MANAGEMENT, INC
   500 WEST FIRST
   HUTCHINSON, KS 67501
   Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. S/O RSA
   CSC LAWYERS INCORPORATION SERVICE CO
   7 ST PAUL STREET STE 1660
   BALTO, MD 21202
   Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. MIDLAND FUNDING, LLC
   %CORPORATION SVC CO
   2711 CENTERVILLE RD
   WILMINGTON, DE 19808
   Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. S/O RSA
   CSC LAWYERS INCORPORATION SVC CO
   7 ST PAUL STREET, STE 1660
   BALTO, MD 21202
   Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)
☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☒ $ 5000 plus interest of $ 0 and attorney's fees of $ 0 plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code
Signer's Address: 120309 ITNYRE ROAD SMITHSBURG MD 21783
Signer's Telephone Number: 240-529-8870
Signer's Facsimile Number, if any: _____
Signer's E-mail Address, if any: jessicacollier1981@comcast.net

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.
☒ No Defendant is in the military service. The facts supporting this statement are:
DEFENDANT IS A CORPORATION

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

AUGUST 28, 2012
Date                                  Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

AUGUST 28, 2012
Date                                  Signature of Affiant

DC/CV 1 (front) (Rev. 7/2011)